384 A.2d 1004

Tamburin v. Miller, Appellant.

Argued November 14, 1977. William D. Phillips, for appel-

lant; William R. Davis, with him Maxwell & Davis, for appellee.

Order and judgment affirmed.